# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CARL DEAN SMITH,
Reg #11217-031                                                                                               PLAINTIFF

v.                                  CASE NO. 2:11-cv-00019-JMM-JJV

UNITED STATES BUREAU OF
PRISONS; and TIMOTHY C. OUTLAW,
Warden, FCI-Forrest City                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

2.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 27th day of June, 2011.

JAMES J. MOODY
UNITED STATES DISTRICT JUDGE