# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

CARL DEAN SMITH,
Reg #11217-031                                                                              PLAINTIFF

v.                                    CASE NO. 2:11-cv-00019-JMM-JJV

UNITED STATES BUREAU OF
PRISONS; and TIMOTHY C. OUTLAW,
Warden, FCI-Forrest City                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be

taken in good faith.

DATED this 27th day of June, 2011.

_____
JAMES J. MOODY
UNITED STATES DISTRICT JUDGE